No. 24-50513

# In the
# United States Court of Appeals
# for the Fifth Circuit

DIGITALDESK, INCORPORATED; R. GREG GOMM,

*Plaintiffs-Appellants,*

v.

BEXAR COUNTY, TEXAS; LIFTFUND, INCORPORATED,

*Defendants-Appellees*

On Appeal from the United States District Court for the
Western District of Texas, San Antonio Division
Civil Action No. 5:23-cv-886

## JOINT MOTION FOR EXTENSION OF TIME

Plaintiffs-Appellants DigitalDesk, Incorporated and R. Greg Gomm and Defendants-Appellees Bexar County, Texas and LiftFund, Incorporated (the "Parties") jointly move for a 30-day extension of time for Defendants-Appellees to file their brief, and a 14-day extension of time for Plaintiffs-Appellants to file their reply. Currently, Defendants-Appellees' brief is due on October 30, 2024; if they filed on that day, Plaintiffs-Appellants' reply would be due on November 20, 2024. *See* Fed.

- 1 -

R. App. P. 31(a). The new requested due dates are December 2, 2024, for Defendants-Appellees' brief and January 6, 2025, for Plaintiffs-Appellants' reply. This is the Parties' first extension request.

This extension is requested due to numerous other duties which the Parties' respective counsel must perform in the upcoming months. For example, counsel for LiftFund, Incorporated has the following obligations in the next few weeks:

- October 22, 2024: Oral argument before the United States Court of Appeals for the Eighth Circuit in *JoAnn Chase, et al. v. Andeavor Logistics, L.P., et al.*, No. 23-3019.

- October 28, 2024: Beginning of a three-week trial in *In re: May 5, 2023 Shell Deer Park Fire Litigation*, MDL No. 2023-60565, Harris County, 157th Court.

The request is not made for the purposes of delay.

Dated:      October 17, 2024    Respectfully Submitted,

**NORTON ROSE FULBRIGHT US LLP**

*/S/ Michael W. O'Donnell*

Michael W. O'Donnell
Bar No. 24002705
mike.odonnell@nortonrosefulbright.com
Neel Lane
Bar No. 2367886
neel.lane@nortonrosefulbright.com
Aimeé Vidaurri
Bar No. 24098550
aimee.vidaurri@nortonrosefulbright.com
Joshua Taylor
Bar No. 24139885
joshua.taylor@nortonrosefulbright.com

Frost Tower
111 W. Houston Street, Suite 1800
San Antonio, Texas  78205
Telephone: (210) 224-5575
Facsimile: (210) 270-7205

*Attorneys for Defendant-Appellee*
*LiftFund, Incorporated*

**GRAVES DOUGHERTY HEARON & MOODY P.C.**

*/S/ William Christian*

William Christian
State Bar No. 00793505
wchristian@gdhm.com
Marianne W. Nitsch
State Bar No. 24098182
mnitsch@gdhm.com
401 Congress Avenue, Suite 2700
Austin, Texas 78701
Telephone: (512) 480-5600
Facsimile: (512) 480-5804

*Attorneys For Defendant-Appellee*
*Bexar County, Texas*

**WISCONSIN INSTITUTE FOR LAW & LIBERTY, INC.**

*/S/ Daniel Lennington*

Skylar Croy
Richard M. Esenberg
Daniel P. Lennnington
330 East Kilbourn Avenue, Suite 725
Milwaukee, WI 53202
Telephone: (414) 727-9455
Facscimile: (414) 727-6385
Rick@will-law.org
Dan@will-law.org
Skylar@will-law.org

*Attorneys For Plaintiffs-Appellants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 17, 2024, I filed the foregoing with the

Clerk of Court for the Unites States Court of Appeals for the Fifth

Circuit by using the appellate CM/ECF System; accordingly the Parties'

Joint Motion For Extension Of Time was served via CM/ECF on all

counsel who are registered CM/ECF users.


/s/ *Michael W. O'Donnell*
Michael W. O'Donnell